UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOCKERSON-HALBERSTADT, INC.** * | | **CIVIL ACTION** |
|     Plaintiff | | |
| | * | **NO. 02-1415** |
| **VERSUS** | | |
| | * | **SECTION F (1)** |
| **JSP FOOTWEAR, INC.** | | |
|     Defendant; and | * | **JUDGE FELDMAN** |
| | | |
| **FUBU THE COLLECTION, LLC** | | **MAGISTRATE SHUSHAN** |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

    **IT IS HEREBY ORDERED**, that plaintiff's motion to dismiss this suit with prejudice is hereby **GRANTED**

    **IT IS FURTHER ORDERED** that all of the plaintiff's claims against the defendants, JSP Footwear, Inc.; FUBU the Collection, L.L.C.; Daymond Aurum; and GTFM, Inc., be and are hereby **DISMISSED, WITH PREJUDICE** with each party to bear their own costs and attorney's fees.

    New Orleans, Louisiana, this 26th day of October, 2006.

_____
Martin L.C. Feldman
UNITED STATES DISTRICT JUDGE